UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LATIMER, BRUCE W. § Case No. 07-22368
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter    on              . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Armor Systems | | | | | |
| Armor Systems | | | | | |
| Chase Freedom Mastercard | | | | | |
| Chase Gold Visa | | | | | |
| Dependon Collection | | | | | |
| Merchants Credit | | | | | |
| Merchants Credit | | | | | |
| Palisades Collection | | | | | |
| Takako Daniel | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

Case 07-22368    Doc 35    Filed 12/27/10    Entered 12/27/10 16:01:59    Desc Main
Case 07-22368 INDIVIDUAL ESTATE PROPERTY RECORD AND    Page: 1
ASSET CASES
Document    Page 6 of 9

Exhibit 8

| Case No: | 07-22368 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LATIMER, BRUCE W. | | | Date Filed (f) or Converted (c): | 11/29/07 (f) |
| | | | | 341(a) Meeting Date: | 01/08/08 |
| For Period Ending: 12/08/10 | | | | Claims Bar Date: | 05/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT AT MIDAMERICA BANK | 100.00 | 100.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS: BED, MICROWAVE, TV, TABLE, COMPUT | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. NECESSARY WEARING APPAREL | 250.00 | 250.00 | | 0.00 | FA |
| 4. GREAT-GRANDMOTHER'S DIAMOND | 400.00 | 400.00 | | 0.00 | FA |
| 5. BICYCLE FOR TRANSPORTATION PURPOSES | 400.00 | 400.00 | | 0.00 | FA |
| 6. 3 LIFE INSURANCE POLICIES WITH METROPOLITAN LIFE. | 3,300.00 | 3,300.00 | | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE POLICY WITH METLIFE. PREMIUMS | 8,639.00 | 8,639.00 | | 9,075.33 | FA |
| 8. CLAIM FOR SUPPORT FROM EX-WIFE IF SHE OBTAINS A JO | 0.00 | 0.00 | | 0.00 | FA |
| 9. BENEFICIARY OF A SUPPLEMENTAL NEEDS TRUST CREATED | 0.00 | Unknown | | 0.00 | FA |
| 10. SOCIAL SECURITY DISABILITY PAYMENTS FOR DEBTOR AND | 1,576.00 | 1,576.00 | | 0.00 | FA |
| 11. SOCIAL SERVICES BENEFITS MONTHLY FOOD STAMPS ($162 | 1,053.00 | 1,053.00 | | 0.00 | FA |
| 12. MEDICARE PART D PAYMENTS FOR MEDICAL AND PHARMACEU | 0.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $16,718.00    $16,718.00    $9,087.65    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee collected csv in life insurance as property of estate. Trustee to review claims and prepare TFR.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

LFORM1    Ver: 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-22368 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | LATIMER, BRUCE W. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4639 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7239 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/08 | 7 | Trent Lattimer<br>333 Cheryl Ct.<br>Los Alamos, NM 87544 | | 1129-000 | 9,075.33 | | 9,075.33 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.43 | | 9,075.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.15 | | 9,076.91 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.12 | | 9,078.03 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.15 | | 9,079.18 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.15 | | 9,080.33 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.12 | | 9,081.45 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.88 | | 9,082.33 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.73 | | 9,083.06 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 9,083.53 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,083.60 |
| 02/17/09 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 7.07 | 9,076.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,076.60 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,076.68 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 9,076.88 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,077.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,077.34 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,077.57 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,077.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,078.02 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,078.24 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,078.47 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,078.70 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,078.93 |
| 02/09/10 | 000302 | International Sureties Ltd.<br>Suite 420 | BOND<br>BOND | 2300-000 | | 6.74 | 9,072.19 |

Page Subtotals 9,086.00 13.81

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

Ver: 15.20

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-22368 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | LATIMER, BRUCE W. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4639 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7239 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 9,072.40 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,072.64 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,072.86 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,073.09 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,073.32 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,073.54 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,073.78 |
| 09/09/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 9,073.84 |
| 09/09/10 | | Transfer to Acct #*******0231 | Final Posting Transfer | 9999-000 | | 9,073.84 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,087.65 | 9,087.65 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,073.84 | |
| Subtotal | 9,087.65 | 13.81 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,087.65 | 13.81 | |

UST Form 101-7-TDR (9/1/2009) (Page: 8)

Page Subtotals    1.65    9,073.84

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-22368 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | LATIMER, BRUCE W. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0231  BofA - Checking Account |
| Taxpayer ID No: | *******7239 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/10 | | Transfer from Acct #*******4639 | Transfer In From MMA Account | 9999-000 | 9,073.84 | | 9,073.84 |
| 09/10/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,658.71 | 7,415.13 |
| 09/10/10 | 003002 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 35.35645% | 7100-900 | | 1,469.34 | 5,945.79 |
| 09/10/10 | 003003 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 35.35652% | 7100-900 | | 5,945.79 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,073.84 | 9,073.84 | 0.00 |
| Less:  Bank Transfers/CD's | 9,073.84 | 0.00 | |
| Subtotal | 0.00 | 9,073.84 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,073.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - *******4639 | 9,087.65 | 13.81 | 0.00 |
| BofA - Checking Account - *******0231 | 0.00 | 9,073.84 | 0.00 |
| | 9,087.65 | 9,087.65 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL     Date: 12/08/10
GINA B. KROL

Page Subtotals     9,073.84     9,073.84

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.20

LFORM24